UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A GUZMAN, and CESAR CASTILLO,

                Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

                Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/9/07 at 2:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: PHILIP AMICONE

At Location: City Hall, 40 South Broadway, Yonkers, New York

    By delivering to and leaving with Ms. Serpa of Corporation Counsel's office and that deponent knew the person so served to be Ms. Serpa and authorized to accept service.

On August 9, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    Sex F             Age 40-50          Weight 130
    Color of Skin White   Height 5'5"        Color of Hair Blonde
    Other Features

                                                    Robert Fouvy

Sworn to before me this
9th day of August, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN and CESAR CASTILLO,

                Plaintiffs,
v.

PHILIP AMICONE, individually, et al.,

                Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/9/07 at 2:00 p.m.    **deponent did serve the within process as follows:**

Process Served: Summons, Complaint and Electronic filing rules

Party Served: EDMUND HARTNETT

At Location: Police Department, 100 South Broadway, Yonkers, New York

   By delivering to and leaving with Officer at the Front Desk and that deponent knew the person so served to be a Yonkers Police Officer and authorized to accept service.

On August 9, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 35-45 | Weight 140-150 |
| Color of Skin White | Height 5'5" | Color of Hair Red |
| Other Features | | |

                                                  _[signature]_
                                                  Robert Fouvy

Sworn to before me this
9th day of August, 2007

_[signature]_
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 _10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN, and CESAR CASTILLO,

                Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

                Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York  On 8/9/07 at 2:00 p.m.        deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: JOHN A. LISZEWSKI

At Location: City Hall, 40 South Broadway, Yonkers, New York

    By delivering to and leaving with Mr. Liszewski and that deponent knew the person so served to be Mr. Liszewski and authorized to accept service.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    Sex M                Age 43-45         Weight 160
    Color of Skin White    Height 5'8"       Color of Hair: Black
    Other Features

                                                    Robert Fouvy

Sworn to before me this
9th day of August, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN and CESAR CASTILLO,

                Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

                Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/9/07 at 2:00 p.m. <u>deponent did serve the within process as follows:</u>

Process Served: Summons, Complaint and Electronic filing rules

Party Served: CITY OF YONKERS

At Location: City Hall, 40 South Broadway, Yonkers, New York

By delivering to and leaving with Ms. Viviano, the Clerk and that deponent knew the person so served to be Ms. Viviano, Clerk of the City of Yonkers and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F            Age 45-65        Weight 140-150
Color of Skin White    Height 5'3"        Color of Hair: Blondish Grey
Other Features

                                                        _____
                                                        Robert Fouvy

Sworn to before me this
9th day of August, 2007

_____
Notary Public

ANN R. FRANK
Notary ... of New York
No. ...348
Qualified ... County
Commission E... 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN and CESAR CASTILLO,

        Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/9/07 at 2:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: PAUL WOOD

At Location: Police Department, 100 South Broadway, Yonkers, New York

   By delivering to and leaving with Officer at the Front Desk and that deponent knew the person so served to be a Yonkers Police Officer and authorized to accept service.

On August 9, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    Sex F           Age 35-45          Weight 140-150
    Color of Skin White   Height 5'5"         Color of Hair Red
    Other Features

                                  Robert Fouvy

Sworn to before me this
9th day of August, 2007

Notary Public

ANN B.
Notary Public, St...
No. 01F...
Qualified in W...
Commission E...    2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN, and CESAR CASTILLO,

        Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/9/07 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: POLICE OFFICERS JOHN DOE'S #1 TO #20

At Location: Police Department 100 South Broadway, Yonkers, New York

By delivering to and leaving with Officer at the front desk and that deponent knew the person so served to be a Yonkers Police Officer at the front desk and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F            Age 35-45           Weight 140-150
Color of Skin White   Height 5'5"    Color of Hair: Red
Other Features

        Robert Fouvy

Sworn to before me this
9th day of August, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 /0

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 7080

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN, and CESAR CASTILLO,

                              Plaintiffs,

v.

PHILIP AMICONE, individually, et al.,

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/9/07 at 2:00 p.m.     deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: SANITATION WORKERS #1 TO #20

At Location: City Hall, 40 South Broadway, Yonkers, New York

By delivering to and leaving with Mr. Liszewski and that deponent knew the person so served to be Mr. Liszewski and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex M                    Age 43-45              Weight 160
Color of Skin White      Height 5'8"            Color of Hair: Black
Other Features

                                                Robert Fouvy

Sworn to before me this
9th day of August, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010