UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN, and CESAR CASTILLO,<br><br>Plaintiffs,<br><br>-against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20,<br><br>Defendants. | ECF Case<br><br>07 Civ. 7080 |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X   *Attorney*
    X   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>KP 3049</u>.

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

X   *Law Firm/Government Agency Association*

    From: <u>Thacher Proffitt & Wood LLP</u>.

    To:   <u>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP</u>.

    X   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

X    *Address:* One North Lexington Avenue, White Plains, New York 10601

X    *Telephone Number:* (914) 681-0200

X    *Fax Number:* (914) 684-0288

X    *E-Mail Address:* kjp@ddw-law.com

Dated: _March 5, 2008_                    _/s/ Kerry Plunkett_