AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

MARIBEL AYALA, DOMINICA L. O'NEILL, RICHARD A. GUZMAN and CESAR CASTILLO,
v.
PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, PAUL WOOD, individually, POLICE OFFICERS JOHN DOE'S #1 to #20, individually, and SANITATION WORKERS #1 to #20.

**APPEARANCE**

Case Number: 07Cv. 7080(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, PAUL WOOD, individually, POLICE OFFICERS JOHN DOE'S #1 to #20, individually, and SANITATION WORKERS #1 to #20.

I certify that I am admitted to practice in this court.

March 6, 2008
Date

Signature

Matthew S. Clifford    MC1134
Print Name    Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City        State        Zip Code

(914) 681-0200    (914) 684-0288
Phone Number    Fax Number